David M. Goodrich
dgoodrich@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
Telephone: (714) 966-1000

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>AVIRON CAPITAL, LLC<br><br>                              Debtor. | Case No. 2:20-bk-18815-BR<br><br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br><br>DATE:   [NO HEARING SET]<br>TIME:    [NO HEARING SET]<br>PLACE:  [NO HEARING SET] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

David M. Goodrich, the duly appointed and acting chapter 7 trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned bankruptcy case and appropriate notice should be given to creditors to file claims.

Date: December 28, 2020

/s/ David M. Goodrich
David M. Goodrich
Chapter 7 Trustee