# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF POSSIBLE DIVIDEND AND ORDER FIXING TIME TO FILE CLAIMS

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Aviron Capital, LLC<br>**SSN:** N/A<br>**EIN:** 47−4506945<br><br>355 S. Grand Avenue<br>Suite 1450<br>Los Angeles, CA 90071 | **BANKRUPTCY NO.**  2:20−bk−18815−BR<br>**CHAPTER**  7 |

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before April 2, 2021**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: December 28, 2020

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**11 /**