United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-18815-BR |
| Aviron Capital, LLC | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: smilanoC | Page 1 of 3 |
| Date Rcvd: Dec 28, 2020 | Form ID: ntcpdiv | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aviron Capital, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40491875 | + | Access Road Capital LLC, 238 Cedar Avenue, Attn: Idan Shani, Hewlett, NY 11557-2522 |
| 40491876 | + | Alan M. Mirman, Esq., Mirman, Bubman & Nahmias, LLP, 21860 Burbank Blvd., Suite 360, Woodland Hills, CA 91367-7406 |
| 40491877 | + | Armenak Kavcioglu, Esq., Raisin & Kavcioglu, 16055 Ventura Blvd., Suite 1200, Encino, CA 91436-2612 |
| 40491878 | + | Assess IT, 18424 Town Harbour Rd., Cornelius, NC 28031-7777 |
| 40491879 | + | Aviron 1701, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40491880 | + | Aviron 1702, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40491881 | + | Aviron 1704, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40491882 | + | Aviron 1705 LLC, 355 S. Grand Ave., Suite 1450, Los Angeles, CA 90071-3152 |
| 40491884 | + | Aviron 1706, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40491885 | + | Aviron 1801 LLC, 355 S. Grand Ave., Suite 1450, Los Angeles, CA 90071-3152 |
| 40491887 | + | Aviron Group LLC, CT Corporation System, 818 West Seventh Street, Suite 390, Los Angeles, CA 90017-3407 |
| 40491888 | + | Aviron Pictures, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40491889 | + | Aviron Releasing, LLC, c/o William Sadleir, 9135 Hazen Drive, Beverly Hills, CA 90210-1825 |
| 40491890 | + | Barnes & Thronburg LLP, Attn: Carolyn Hunt, 2029 Century Park East, Suite 300, Los Angeles, CA 90067-2904 |
| 40491891 | + | Ben Hyatt Certified Deposition Reporters, 17835 Ventura Blvd., Suite 310, Encino, CA 91316-3683 |
| 40491892 | + | Benjamin Kassis, Eisner LLP, 9601 Wilshire Blvd. 7th Floor, Beverly Hills, CA 90210-5211 |
| 40491893 | | Chad S. Hummel, Esq., Sidley Austin LLP, 1999 Avenue of the Stars, 17th Floo, Los Angeles, CA 90067 |
| 40491894 | + | City of Beverly Hills, PO Box 844731, Los Angeles, CA 90084-4731 |
| 40491896 | + | County of Los Angeles, Office of the Assessor, 6120 Bristol Parkway, Culver City, CA 90230-6604 |
| 40491897 | + | David Hegland, 2865 312th Street, Ellsworth, IA 50075-7520 |
| 40491898 | + | Dawn Hegland, 2865 312th Street, Ellsworth, IA 50075-7520 |
| 40491900 | + | Eric Schwartz, Esq., Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, CA 90013-3000 |
| 40491901 | + | Focus Advisory Services LLC, 11500 Olympic Blvd., Suite 400, Los Angeles, CA 90064-1525 |
| 40491902 | | Franches Tax Board, P O Box 942857, Sacramento, CA 94257-0511 |
| 40491904 | + | Francois Martin, 50 West St., New York, NY 10006-2900 |
| 40491905 | + | Holthouse Carlin Van Tright, 18565 Jamboree Rd, Ste 400, Irvine, CA 92612-2562 |
| 40491908 | + | IPFS Corporation of California, P.O Box 100391, Pasadena, CA 91189-0003 |
| 40491906 | + | Imprint PR LLC c/o Turtle Bay Group, 369 Lexington Ave, 24th FL, New York, NY 10017-6561 |
| 40491909 | + | JAMS Inc., 18881 Von Karman Ave., suite 350, Irvine, CA 92612-6589 |
| 40491910 | + | Jennifer S. Goldstein, Esq., Cypress LLP, 11111 Santa Monica Blvd., Suite 500, Los Angeles, CA 90025-3339 |
| 40491911 | + | Jeremiah T. Reynolds, Esq., EISNER LLP, 9601 Wilshire Blvd., 7th Floor, Beverly Hills, CA 90210-5211 |
| 40491912 | + | Jodi Avergun, Esq., Cadwalader, Wickerman & Taft LLP, 700 Sixth Street, N.W., Washington, DC 20001-5538 |
| 40491913 | + | John Antoni, Esq., Antoni Albus LLP, 11836 W. Pico Blvd., Los Angeles, CA 90064-1311 |
| 40491914 | + | Judi Becker, 5633 Blanco Ave., Woodland Hills, CA 91367-4008 |
| 40491915 | | Kyle A. Janes, 14987 120th Street, Albion, IA 50005 |
| 40491916 | + | Kyle Leonhardt, 4735 Sepulveda Blvd., #427, Sherman Oaks, CA 91403-5425 |
| 40491917 | + | Loeb & Loeb LLP, Attn: Scott Edel, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067-4120 |
| 40491919 | + | MAA Releasing, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40491920 | + | Merlyn Hegland, 2865 312th Street, Ellsworth, IA 50075-7520 |
| 40491921 | + | My All American LLC, 5914 West Courtyard Drive, Suite 200, Austin, TX 78730-4911 |
| 40491922 | + | Nathan Hill, 3260 Vail Ave, Ellsworth, IA 50075-7567 |
| 40491923 | + | Nicholas P. Crowell, Sidley Austin LLP, 787 Seventh Street, New York, NY 10019-6088 |
| 40491924 | + | Noriva Captal LLC, 477 Madison Ave., 6th Floor, Attn: Idan Shani, New York, NY 10022-5827 |
| 40491925 | + | Pachulski Stang Ziehl & Jones, Attn: Jeremy V. Richards, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |

| | | |
|---|---|---|
| 40491926 | + | Scott Meide, 4446-1 Hendricks Avenue, Jacksonville, FL 32207-6345 |
| 40491927 | + | Secretary of State, 300 S. Spring Street, Los Angeles, CA 90013-1230 |
| 40491928 | + | Shumener Odson Oh LLP, 550 S. Hope St., Suite 1050, Los Angeles, CA 90071-2615 |
| 40491929 | + | Sidley Austin LLP, One South Dearborn, Chicago, IL 60603-2323 |
| 40491930 |   | State of Delaware, P.O. Box 5509, Binghamton, NY 13902-5509 |
| 40491931 | + | U.S. Securities and Exchange Comm., Attn: Bankruptcy Counsel, 444 South Flower Street, Suite 900, Los Angeles, CA 90071-2934 |
| 40491932 |   | Universal Studios Home, Entertainment LLC, 10 Universal City Plaza 1440/6, Universal City, CA 91608 |

TOTAL: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Dec 29 2020 06:33:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Dec 29 2020 06:33:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | Dec 29 2020 03:47:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 40491899 | EDI: EDD.COM | Dec 29 2020 06:33:00 | Employment Development Department, Bankruptcy Group MIC 92E, Sacramento, CA 94280-0001 |
| 40491903 | EDI: CALTAX.COM | Dec 29 2020 06:33:00 | Franchise Tax Board, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 40491907 | EDI: IRS.COM | Dec 29 2020 06:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 40491918 | Email/Text: bankruptcy@ttc.lacounty.gov | Dec 29 2020 03:48:00 | Los Angeles County Tax Collector, PO Box 54110, Los Angeles, CA 90054-0110 |
| 40491874 + | Email/Text: USTPregion16.LA.ECF@USDOJ.GOV | Dec 29 2020 03:50:00 | Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017-3560 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| 40491883 | *+ | Aviron 1705, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40491886 | *+ | Aviron 1801, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40491895 | ##+ | Cogency Global Inc., 10 E 40th St, FL 10 #10, New York, NY 10016-0201 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0973-2 User: smilanoC Page 3 of 3
Date Rcvd: Dec 28, 2020 Form ID: ntcpdiv Total Noticed: 60

Date: Dec 30, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David M Goodrich (TR) | dgoodrich@wgllp.com c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com |
| Hamid R Rafatjoo | on behalf of Debtor Aviron Capital LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Ian C Grady | on behalf of Interested Party Courtesy NEF igrady@soollp.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF POSSIBLE DIVIDEND AND
## ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Aviron Capital, LLC
**SSN:** N/A
**EIN:** 47−4506945

355 S. Grand Avenue
Suite 1450
Los Angeles, CA 90071

**BANKRUPTCY NO.** 2:20−bk−18815−BR
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before April 2, 2021**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: December 28, 2020

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**11 /**